■ FRANCES D. ANTHONY, Appellant, v TOPS SUPERMARKET, Respondent.—Order unanimously reversed, with costs, and motion denied. Memorandum: Following service of defendant's demand for a bill of particulars in this personal injury action, plaintiff moved to strike certain items on the ground that the information sought was not a proper subject for disclosure as it was evidentiary in nature. We agree. Further, so far as the challenged items seek information as to the nature and cause of the accident, they are repetitious and plaintiff's responses to the remaining undisputed items in the demand for the bill of particulars, especially paragraph four, suffice to inform defendant of the facts constituting the cause of action. (Appeal from order of Erie Supreme Court—bill of particulars.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY DAVIDSON, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: In this habeas corpus proceeding relator contends that the *reasons* given by the Board of Parole in denying him parole are insufficient to comply with the requirements of subdivision 6 of section 214 of the Correction Law and fail to satisfy constitutional due process guarantees. He seeks release from custody. Special Term disallowed the petition. Habeas corpus is not the proper procedure to raise this issue and we treat the matter as a CPLR article 78 proceeding *(Matter of Greene v Smith,* 52 AD2d 292, app dismd 40 NY2d 826; CPLR 103, subd [c]). The reasons furnished by the Board of Parole are: "(1) less than adequate disciplinary record; (2) type of crime—Assault with Attempt Rape; (3) adverse D.A. letter; (4) long serious alcoholic problem; (5) long assaultive criminal record in which you've obtained five convictions." The reasons furnished, other than the adverse District Attorney's letter, are sufficient (see *Matter of Watkins v Caldwell,* 54 AD2d 82). (Appeal from judgment of Cayuga Supreme Court—habeas corpus.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Dillon, JJ.

■ LEO INGERSOLL, Doing Business under the Name of ARROW REFRIGERATION CO., Respondent, v MARINE MIDLAND BANK-CENTRAL, Appellant.—Order unanimously affirmed, with costs. Memorandum: Defendant's motion for summary judgment dismissing the complaint was properly denied because the case presents issues of fact for trial, including the conduct both of the defendant and of the plaintiff (see Uniform Commercial Code, § 3-406, and Comment thereunder in McKinney's Cons Laws of NY, Book 62½, Part II, p 263, par 6). (Appeal from order of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Mahoney, Dillon, Goldman and Witmer, JJ.